UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MYERS,<br><br>                Plaintiff,<br><br>v.<br><br>INGRID LYNETTE LORDE; PV HOLDING CORP, and DOES 1 to 10, inclusive,<br><br>                Defendants. | CASE NO.: CV 14-6833-DMG(JCx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [13]** |

In accordance with the parties' stipulation, the above-captioned case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

IT IS SO ORDERED.

DATED: December 8, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION OF DISMISSAL